IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| Joshua and Rachel Allen, et. al,  ) | |
| ) | Case No: 14-CV-1224 |
| Plaintiffs,  ) | |
| ) | Judge James E. Shadid |
| vs.  ) | |
| ) | Magistrate Judge |
| ) | Jonathan E. Hawley |
| CITY OF EAST PEORIA, a municipal  ) | |
| corporation, et. al., each in his individual  ) | Tazewell County Case |
| capacity,  ) | No. 2014-CH-81 |
| Defendants.  ) | |

**MOTION TO CORRECT TYPOGRAPHICAL ERROR IN PARAGRAPH 198 IN COUNT X ON PAGE 40 OF PLAINTIFFS' SECOND AMENDED COMPLAINT**

NOW COME PLAINTIFFS, by their attorneys, Carl Reardon and Louis Meyer, and for their Motion to Correct Typographical Error in Paragraph 198 in Count X on page 40 of Plaintiffs' Second Amended Complaint, state:

1.  Plaintiffs filed their Second Amended Complaint on January 7, 2015. The deadline for all defendants to answer was extended to 2/23/2015 by Magistrate Judge Jonathan E. Hawley on 1/26/15. (WG, ilcd)

2.  Count VI on page 33 of Plaintiffs' Second Amended Complaint is a claim for damages to real estate resulting from a civil conspiracy pursuant to 42 U.S.C. § 1983.

3.  Count X on page 40 of Plaintiffs' Second Amended Complaint is a pendant state claim for damages to real estate pursuant to a common law civil conspiracy.

4.  In paragraph 198 on page 40 of Count X of Plaintiffs' Second Amended Complaint, Plaintiffs inadvertently stated, "Plaintiffs reallege the allegations in *Count V* as if fully set forth

herein."

5. Plaintiffs intended to state in the aforesaid paragraph 198 on page 40, "Plaintiffs reallege the allegations in *Count VI* as if fully set forth herein."

6. Plaintiffs request leave to substitute the words *"Count VI"* in place of the words *"Count V"* in paragraph 198 on page 40 of their Second Amended Complaint.

WHEREFORE, Plaintiffs pray this Court GRANT their Motion and enter an ORDER substituting the words *"Count VI"* in place of the words *"Count V"* in paragraph 198 on page 40 of Plaintiffs Second Amended Complaint.

Dated: January 29, 2015

Respectfully Submitted,

Joshua Allen e. al., Plaintiffs

By: */s/Carl F. Reardon*
One of their attorneys
Carl F. Reardon
Attorney at Law (Illinois Bar #2295725
120 Illini Drive
East Peoria, IL. 61611
Phone: (309) 699-6767
Fax: (309) 699-6774
Email: carlreardon@comcast.net

Louis J. Meyer
Meyer & Kiss, LLC
311 West Stratford Drive
Peoria, Illinois 61614
309.713.3751
louismeyer@meyerkiss.com

## **CERTIFICATE OF SERVICE**

The undersigned does hereby certify that on January 29, 2015, he electronically filed Plaintiffs' Motion to Correct Typographical Error in Paragraph 198 of Count X in Plaintiffs' Second Amended Complaint with the Clerk of the Court using the CM/ECF automated docketing system, thereby causing service upon all counsel of record.

By:     *s/Carl F. Reardon*

Carl F. Reardon
Attorney at Law (Illinois Bar #2295725)
120 Illini Drive
East Peoria, Il. 61611
Phone: (309) 699-6767
Fax: (309) 699-6774
Email: carlreardon@comcast.net