E-FILED
Tuesday, 17 February, 2015  04:30:46 PM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | |
|---|---|
| Joshua and Rachel Allen, et. al, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 14-cv-1224 |
| ) | |
| CITY OF EAST PEORIA, a municipal ) | |
| corporation, et. al., each in his individual ) | |
| capacity, ) | |
| Defendants. ) | |

### PLAINTIFF' RESPONSE IN OPPOSITION TO MOTION TO DISMISS BY DEFENDANTS LAHOOD AND LAHOOD CONSTRUCTION

NOW COME Plaintiffs, by their attorneys, Louis Meyer and Carl Reardon, and for their Response in Opposition to the Rule 12(b)(6) Motion to Dismiss by Defendants LaHood and LaHood Construction, state:

1. Count VI is a claim pursuant to 42 U.S.C. 1983 directed toward LaHood and 11 other defendants for damages to real estate resulting from a civil conspiracy.

2. Plaintiffs have made sufficient allegations of fact linking LaHood to a civil conspiracy actionable under Section 1983.

3. Even though the heightened standards under Rule 9(b) do not apply in this case, Plaintiffs have met them.

4. If the Court finds that the heightened standards do apply and that the Plaintiffs have not met them, Plaintiffs request leave of Court to replead Counts VI and X.

5. Plaintiffs hereby incorporate by reference their Memorandum in Opposition to Motion to Dismiss, filed concurrently herewith.

WHEREFORE, Plaintiffs pray this Court DENY the Motion of LaHood and LaHood Construction to Dismiss pursuant to Rule 12(b)(6) and for such other relief as is just and proper.

Dated: February 17, 2015

Respectfully Submitted,

Joshua Allen e. al., Plaintiffs

By: */s/Carl F. Reardon*
One of their attorneys
Carl F. Reardon
Attorney at Law (Illinois Bar #2295725
120 Illini Drive
East Peoria, IL. 61611
Phone: (309) 699-6767
Fax: (309) 699-6774
Email: carlreardon@comcast.net

Louis J. Meyer
Meyer & Kiss, LLC
311 West Stratford Drive
Peoria, Illinois 61614
309.713.3751
louismeyer@meyerkiss.com

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on February 17, 2015, he electronically filed Plaintiffs' Response in Opposition to Motion to Dismiss by Defendants LaHood and LaHood Construction with the Clerk of the Court using the CM/ECF automated docketing system, thereby causing service upon all counsel of record.

By:    *s/Carl F. Reardon*

Carl F. Reardon
Attorney at Law (Illinois Bar #2295725)
120 Illini Drive
East Peoria, Il. 61611
Phone: (309) 699-6767
Fax: (309) 699-6774
Email: carlreardon@comcast.net